# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PHIPPS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC.,<br><br>Defendant(s). | Case. No.: 2:19-cv-00886-JAK-AFM<br><br>**ORDER RE STIPULATION TO DISMISS (DKT. 37)**<br><br>**JS-6: Case Terminated** |

Based on a review of the Stipulation to Dismiss (the "Stipulation" (Dkt. 37)), good cause has been shown to grant to relief requested. Therefore, that relief is **GRANTED** as follows:

1. This matter dismissed in its entirety, with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims.

2. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE